

151 West 42nd Street, 17th Floor
New York, NY 10036

**John P. Margiotta**
Partner

T 212.813.5957
jmargiotta@fzlz.com

May 15, 2024

> A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 60 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates are cancelled. The Clerk is directed to close the case.
>
> /s/ Alvin K. Hellerstein
> Alvin K. Hellerstein, U.S.D.J.
> Date: 5-16-24

**BY ECF**

Hon. Alvin K. Hellerstein, U.S.D.J.
United States District Court for
  the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   Christian Louboutin SAS et al. v. Vinci Leather Inc.
      Case No. 1:23-cv-03806 (S.D.N.Y.)

Dear Judge Hellerstein:

We are counsel to Plaintiffs, Christian Louboutin SAS, Christian Louboutin L.L.C, and Clermon et Associes. We write to notify the Court that the parties in this matter have signed a settlement agreement in this case. The agreement requires certain steps to be followed before our clients will dismiss. Under the agreement's terms, we anticipate being in the position to dismiss this case within thirty days, and, therefore, request that the Court vacate all deadlines and conferences, including the conference scheduled for this Friday at 10 a.m., and place this matter on the Court's 30-day dismissal calendar.

We appreciate the Court's attention to this matter.

Respectfully submitted,

/s/ *John P. Margiotta*

John P. Margiotta

cc:   Adam Bialek, Esq. (by email, counsel for Defendant Vinci Leather Inc.)
      Taylor Bialek, Esq. (by email, counsel for Defendant Vinci Leather Inc.)
      Jana Farmer, Esq.  (by email, counsel for Defendant Vinci Leather Inc.)